JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BANDERAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED CONTAINER COMPANY LP, a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-00038-JVS-DFM<br>District Judge James V. Selna<br>Magistrate Judge Douglas F. McCormick<br><br>**ORDER**<br><br>*[Orange County Superior Court Case No. 30-2019-01114783-CU-WT-CJC]* |

## ORDER

On January 27, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1.     The Parties' stipulation is approved; and

2.     Central District of California case number 8:20-cv-00038-JVS-DFM is hereby remanded to Orange County Superior Court.

IT IS SO ORDERED.

Dated: January 29, 2020

_____
Hon. James v. Selna
United States District Judge